Motion GRANTED
Discovery stayed
through 9/30/2009

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PÉREZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 3:08-cv-1015 |
| ) | JURY DEMAND |
| ) | |
| v. ) | Judge Trauger |
| ) | |
| DURRETT CHEESE SALES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR A STAY OF CIVIL LITIGATION DUE TO PENDING CRIMINAL PROCEEDINGS AND LITIGATION OF QUALIFIED IMMUNITY DEFENSES**

Plaintiffs respectfully move this Court for a brief stay of discovery from now through at least September 2009 to allow for the resolution of criminal charges currently pending against them and other key witnesses in this action who were formerly employed by Defendant Durrett Cheese, Inc., and to permit the litigation of qualified immunity defenses raised by the County Defendants. Plaintiffs request a stay because discovery sought and anticipated by the parties seeks information directly relevant to currently pending criminal proceedings involving Plaintiffs and at least one Durrett Cheese supervisor, Shanna Ramirez. The discovery sought by Defendants threatens to interfere with Plaintiffs' ability to fairly and effectively prosecute their civil claims.