# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-1015 |
| ) | Judge Trauger |
| DURRETT CHEESE SALES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 45) filed by the defendants Coffee County, Tennessee, and five individual officers in the Coffee County Sheriff's Department, that is, Charles Jones, Ryan Barker, Chad Partin, Pam Freeman, and Steve Graves (the "County Defendants") is **GRANTED IN PART and DENIED IN PART**. The plaintiffs' claims against the County Defendants may all move forward with the exception of the FLSA claim asserted through Section 1983. The plaintiffs' Motion for Leave to File First Amended Complaint (Docket No. 53) is **GRANTED**.

It is so ordered.

Enter this 13th day of October 2009.

ALETA A. TRAUGER
United States District Judge