Motion is GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| JUANA MONTANO-PÉREZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 3:08-cv-1015 |
| ) | JURY DEMAND |
| v. ) | Judge Trauger |
| ) | |
| DURRETT CHEESE SALES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND INCORPORATED SUPPORTING MEMORANDUM OF LAW

Plaintiffs' counsel respectfully move this Court for leave to file under seal their Motion and Incorporated Memorandum of Law to Withdraw from Representation of Plaintiff Carlos Rivera Pablo, as well as any supporting exhibits. In support of this Motion, Plaintiffs' counsel states as follows:

1. District courts, in their discretion, may grant motions to seal filings when the movant's interest of privacy outweighs the public's right to know. Smith v. S.E.C., 129 F.3d 356, 359 n.1 (6th Cir. 1997); In re Knoxville-News Sentinel Co., 723 F.2d 470, 473-74 (6th Cir. 1983). Filings may thus be placed under seal upon a showing of good cause and that disclosure of the information will result in serious harm. See Tinman v. Blue Cross & Blue Shield of Michigan, 176 F. Supp. 2d 743, 745 (E.D. Mich. 2001); Brooks v. Invista (Koch Industries), No. 1:05cv328 WL 304893, at *6 (E.D. Tenn. Jan. 30, 2008) (citing, inter alia, Brown & Williamson Tobacco