# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| JUANA MONTANO-PÉREZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 3:08-cv-1015 |
| ) | JURY DEMAND |
| v. ) | Judge Trauger |
| ) | |
| DURRETT CHEESE SALES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiffs' Unopposed Motion for Leave to Take the Deposition of a Fact Witness in Prison is GRANTED. Plaintiffs shall be permitted to depose Shanna Ramirez in the Federal Correctional Institution in Marianna, Florida. So ordered this __9th__ day of June, 2010.

_____
Aleta A. Trauger, U.S. District Judge