Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PÉREZ, et al. | |
| Plaintiffs, | Civ. No. 3:08-cv-1015 |
| | JURY DEMAND |
| v. | Judge Trauger |
| DURRETT CHEESE SALES, INC., et al. | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs Juana Montano Pérez, Maria Remedios Cervantes- Cano, Dalila Contreras-Martinez, Mercedes Gomez-Eugenio, Maria Ramírez Mendoza, Flora Rivera-Pablo, Saraí Contreras-Martinez, Luciana Moreno-Lopez, Teresa Ayala-Rosales, and Cirilo Castillo-Amaro hereby move this Court for an order granting them leave to file the accompanying Second Amended Complaint. The abovementioned Plaintiffs seek leave to amend their First Amended Complaint to add 42 U.S.C. § 1983 claims pursuant to the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States against Defendants Coffee County, Coffee County Sheriff Steve Graves, Sheriff's Captain Pam Freeman, Sheriff's Deputies Chad Partin, Charles Jones, and Ryan Barker ("the County Defendants"), as well as related Section 1983 conspiracy claims against the County Defendants and Defendant Greg Durrett.

1