# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANA-PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:08-1015 |
| ) | Judge Trauger |
| DURRETT CHEESE SALES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The parties have notified the court that they are having a dispute concerning the protective order related to depositions being taken on this date. It is hereby **ORDERED** that the parties shall contact the office of Magistrate Judge Bryant for a telephone conference concerning this protective order issue.

It is so **ORDERED**.

ENTER this 6th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge