IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PEREZ; MARIA REMEDIOS CERVANTES-CANO; DALILA CONTRERAS-MARTINEZ; MERCEDES GOMEZ-EUGENIO; MARIA RAMIREZ-MENDOZA; FLORA RIVERA-PABLO; SARAI CONTRERAS-MARTINEZ; LUCIANA MORENO-LOPEZ; TERESA AYALA-ROSALES; CIRILO CASTILLO-ARMARO; CARLOS RIVERA PABLO; and ALVARO SALAZAR RAMIREZ[1] <br><br> v. <br><br> DURRETT CHEESE SALES, INC.; GREG DURRETT; CHARLES JONES, in his individual and official capacity as officer of the Coffee County Sheriff's Department; RYAN BARKER, in his individual and official capacity as officer of the Coffee County Sheriff's Department; CHAD PARTIN, in his individual and official capacity as officer of the Coffee County Sheriff's Department; PAM FREEMAN, in her individual and official capacity as Captain of the Coffee County Sheriff's Department; STEVE GRAVES, in his individual and official capacity as Sheriff of Coffee County Sheriff's Department; and COFFEE COUNTY, TENNESSEE | No. 3-08-1015 |

O R D E R

By order entered July 1, 2010 (Docket Entry No. 130), this case was referred to the Magistrate Judge to conduct a settlement conference. Pursuant to the order entered July 1, 2010 (Docket Entry No. 130), a settlement conference was scheduled on August 26, 2010, at the conclusion of which the parties were able to reach a settlement in principle. On August 27, 2010,

---

[1] On May 10, 2010, the plaintiffs and all defendants except defendant Durrett Cheese Sales, Inc., filed a joint stipulation for voluntary dismissal of all claims of plaintiff Alvaro Salazar Ramirez (Docket Entry No. 86).

counsel for the plaintiffs and the Coffee County defendants returned to continue settlement negotiations. Although a settlement was not reached in full on August 27, 2010, counsel notified the Court on August 30, 2010, that the parties had reached a full settlement of all claims against all defendants, except the claims of Carlos Rivera Pablo, who is proceeding pro se,[2] and the claims against Durrett Cheese Sales, Inc., against whom the Clerk entered default on June 21, 2010 (Docket Entry No. 115).[3]

By September 30, 2010, the parties shall file an agreed order of dismissal of all claims of all current plaintiffs, except plaintiff Carlos Rivera Pablo, against defendants Jones, Barker, Partin, Freeman, Graves, and Coffee County, Tennessee ("the Coffee County defendants").

By November 1, 2010, the plaintiffs, except Carlos Rivera Pablo, and defendant Durrett shall file an agreed order of dismissal of the plaintiffs' claims against defendant Greg Durrett or an agreed judgment.

By November 1, 2010, the plaintiffs, except Carlos Rivera Pablo, shall file a notice of voluntary dismissal of their claims against Durrett Cheese Sales, Inc. or shall notify the Court of what further action they intend to take against Durrett Cheese Sales, Inc.

The Clerk is directed to forward the file in this case to the Honorable Aleta A. Trauger for her consideration of the agreed order of dismissal of the claims against the Coffee County defendants to be filed by September 30, 2010, and the agreed order of dismissal of or agreed judgment on the plaintiffs' claims against defendant Greg Durrett.[4]

---

[2] By order entered September 2, 2010 (Docket Entry No. 147), a hearing was scheduled on September 30, 2010, for plaintiff Carlos Pablo Rivera to appear if he intends to prosecute his claims in this case.

[3] Defendant Durrett Cheese Sales, Inc. filed for Chapter 11 Bankruptcy protection in the Eastern District of Tennessee. The case was later converted to a Chapter 7 case. See No. 4-07-bk-13225. By order entered July 2, 2009, the Bankruptcy Court granted the motion of the plaintiffs in this case for relief from the stay.

[4] By order entered June 22, 2010 (Docket Entry No. 117), the pretrial conference and trial were rescheduled to July 15, 2011, and July 19, 2011, respectively.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge