# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANA-PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:08-1015 |
| ) | Judge Trauger |
| DURRETT CHEESE SALES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

A hearing was held on September 30, 2010 pursuant to this court's Order of September 2, 2010 (Docket No. 147), which required *pro se* plaintiff Carlos Rivera Pablo to appear at the hearing if he intended to continue to pursue his individual claims in this case. Plaintiff Carlos Rivera Pablo was warned in the Order that his failure to appear would indicate to the court that he did not wish to pursue his claims and would result in the dismissal of his claims in this case.

The court convened court at 1:15 p.m. on September 30, 2010. Plaintiff Carlos Rivera Pablo was not in attendance and had not been in attendance prior to that time. It is therefore **ORDERED** that the claims of plaintiff Carlos Rivera Pablo asserted in this case are **DISMISSED** for failure to prosecute.

It is so **ORDERED**.

ENTER this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge