# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| JUANA MONTANO-PEREZ, )<br>MARIA REMEDIOS CERVANTES-CANO, )<br>DALILA CONTRERAS MARTINEZ, )<br>MERCEDES GOMEZ-EUGENIO, )<br>MARIA RAMIREZ-MENDOZA, )<br>FLORA RIVERA-PABLO, )<br>SARAI CONTRERAS-MARTINEZ, )<br>LUCIANA MORENO-LOPEZ, )<br>TERESA AYALA-ROSALES, )<br>CIRILO CASTILLO-AMARO, )<br>CARLOS RIVERA PABLO[1], )<br>and ALVARO SALAZAR RAMIREZ,[2] )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DURRETT CHEESE SALES, INC., )<br>GREG DURRETT, CHARLES JONES (in his )<br>individual and official capacity as officer of the )<br>Coffee County Sheriff's Department), )<br>RYAN BAKER, (in his individual and official )<br>capacity as officer of the Coffee County )<br>Sheriff's Department), CHAD PARTIN (in his )<br>individual and official capacity as officer of the )<br>Coffee County Sheriff's Department), )<br>PAM FREEMAN, (in her individual and official )<br>capacity as Captain of the Coffee County )<br>Sheriff's Department), STEVE GRAVES (in his )<br>individual and official capacity as Sheriff of the )<br>Coffee County Sheriff's Department), and )<br>COFFEE COUNTY TENNESSEE, )<br>)<br>    Defendants. )<br>) | No.    3:08-cv-1015<br>JUDGE TRAUGER |

---

[1] On September 30, 2010, Mr. Carlos Rivera Pablo's case was dismissed for failure to prosecute.

[2] On May 10, 2010, the plaintiffs and all defendants except defendant Durrett Cheese Sales, Inc., filed a joint stipulation of voluntary dismissal of all claims of plaintiff Alvaro Salazar Ramirez (Docket Entry No. 86).

# AGREED ORDER OF COMPROMISE, SETTLEMENT, AND DISMISSAL OF

# CLAIMS

In this cause, it appearing to the satisfaction of the Court that the controversy by and between Plaintiffs Juana Montano-Pérez, María Remedios Cervantes-Cano, Dalila Conteras-Martínez, Mercedes Gómez-Eugenio, María Ramírez-Mendoza, Flora Rivera-Pablo, Saraí Contreras-Martínez, Luciana Moreno-López, Teresa Ayala-Rosales and Cirilo Castillo-Amaro ("Plaintiffs"), and the Defendants, Coffee County, Tennessee, Ryan Barker, Chad Partin, Charles Jones, Pam Freeman and Steve Graves ("County Defendants") have been compromised and settled, as evidenced by the signatures of the attorneys attached hereto;

It is therefore, **ORDERED, ADJUDGED and DECREED** that Plaintiffs' claims asserted against County Defendants in the above-captioned action be and the same are hereby dismissed. At the request and agreement of the parties, this Court retains jurisdiction to enforce any and all aspects of the parties' settlement agreement. Except as provided in the settlement agreement between the parties, each party will be responsible for their own discretionary costs.

**ENTERED:** this __4th__ day of _____October_____ 2010.

_____
JUDGE TRAUGER

2

APPROVED FOR ENTRY BY:

*/s/ Kristi L. Graunke, by Michael T. Schmitt with permission*
Mónica Ramirez
*Pro Hac Vice*
Florida State Bar No. 0711861
Kristi L. Graunke
*Pro Hac Vice*
Georgia State Bar No. 305653
Tom Fritzsche
*Pro Hac Vice*
Georgia State Bar No. 940482
Southern Poverty Law Center
Immigrant Justice Project
233 Peachtree St. NE, Suite 2150
Atlanta, GA 30303
Tel: (404) 521-6700
Fax: (404) 221-5857
monica.ramirez@splcenter.org
kristi.graunke@splcenter.org
tom.fritzsche@splcenter.org

Wade Cowan
Tennessee Bar No. 9403
150 Second Avenue North, Suite 225
Nashville, Tennessee 37201
Phone: 615-256-8130
Fax: 615-242-7853
E-mail: wcowan@dhhrplc.com

*Attorneys for Plaintiffs*

*/s/ Michael T. Schmitt*
W. Carl Spining, BPR No. 016302
Michael T. Schmitt, BPR No. 026573
Ortale, Kelley, Herbert & Crawford
P O Box 198985
200 Fourth Avenue North, Suite 300
Nashville, TN 37219-8985
(615) 256-9999
(615)726-1494 (fax)
cspining@ortalekelley.com
mschitt@ortalekelley.com

*Attorneys for Defendants Jones, Barker, Partin,*
*Freeman, Graves and Coffee County Tennessee*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via electronic service or via United States Mail, first class postage prepaid, upon the following individual(s):


Barbara J. Moss
Norris & Norris PLC
424 Church Street, Suite 1300
Nashville, TN 37219
bmoss@norrislaw.net

Carlos Rivera Pablo
Domicilio Conocido
Cochoapa el Grande, Guerrero
MEXICO C.P. 41640

On this the 1st day of October 2010.


                                                   */s/ Michael T. Schmitt*_____
                                                   Michael T. Schmitt