UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____
                                    )
JUANA MONTANO-PÉREZ, et al.         )
                                    )
         Plaintiffs,                )
                                    )    Civ. No. 3:08-cv-1015
v.                                  )
                                    )    Jury Demand
DURRETT CHEESE SALES, INC., et al.  )
                                    )    Judge Trauger
         Defendants.                )
_____ )

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and upon consideration of Plaintiffs' Motion for Entry of Agreed Judgment (Doc. 157) and the parties' August 26, 2010 settlement agreement, it is hereby ordered that judgment be entered in favor of Plaintiffs Juana Montano Pérez, Dalila Contreras Martínez, Saraí Contreras Martínez, Flora Rivera Pablo, Luciana Moreno López, Cirilo Castillo Amaro, Teresa Ayala Rosales, Mercedes Gómez Eugenio, María Cervantes Cano and María Ramírez Mendoza and against Defendant Greg Durrett in the amount of $75,000. Plaintiffs shall be entitled to interest on their Judgment from the date of entry of this Judgment at the applicable federal judgment rate.

Adjudged and ordered this ___10___th day of November, 2010

                                            _____
                                            Aleta A. Trauger, U.S. District Judge