UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____
                                            )
JUANA MONTANO-PÉREZ, et al.                 )
                                            )
      Plaintiffs,                           )  Civ. No. 3:08-cv-1015
                                            )
v.                                          )
                                            )  JURY DEMAND
DURRETT CHEESE SALES, INC., et al.          )
      Defendants.                           )  Judge Trauger
_____ )


## PROPOSED ORDER

After considering the motion of Plaintiffs Juana Montano Perez, Teresa Ayala Rosales, Luciana Moreno López, Flora Rivera Pablo, Mercedes Gómez Eugenio, Cirilo Castillo Amaro, Saraí Contreras Martínez, Dalila Contreras Martínez, María Ramírez Mendoza and María Cervantes Cano for voluntary dismissal of their claims against Defendant Durrett Cheese Sales, Inc., this Court hereby dismisses all of Plaintiffs' claims against Defendant Durrett Cheese Sales, Inc. asserted in the above-captioned action.


So ordered this 17th day of November , 2010

_____
Aleta Trauger, United States District Judge