`Motion GRANTED.`
*[Judge's signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PÉREZ, et al., | ) |
| Plaintiffs, | ) Civil Action No. 3:08-cv-1015 |
| v. | ) JUDGE TRAUGER |
| DURRETT CHEESE SALES, INC., et al., | ) JURY DEMAND |
| Defendants. | ) |

## DURRETT'S MOTION FOR PERMISSION TO FILE ADDITIONAL MATERIAL IN OPPOSITION TO ATTORNEYS' FEES AND OBJECTION TO BILL OF COSTS

Counsel for Greg Durrett moves for permission to file the affidavit of her client, attached as exhibit A, as additional material in support of his opposition to the assessment of attorneys' fees and costs.

s/Barbara J. Moss
Barbara J. Moss
Norris & Norris PLC
424 Church Street, Suite 1300
Nashville, TN 37219
615-627-3595
615-742-3562 (fax)
bmoss@norrislaw.net

***Attorney for Defendant Greg Durrett (individually)***