IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA MONTANO-PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-1015 |
| ) | Judge Trauger |
| DURRETT CHEESE SALES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion for Assessment of Attorneys' Fees Against Defendant Greg Durrett (Docket No. 177) and the plaintiffs' request for costs (Docket No. 182) are **DENIED**.

It is so ordered.

Enter this 14th day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge